UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

JOHN WILSON #63541-097

   V.

Dr. S. Canty, DMD

PA-C L. Brooks                 Case no. 3:21-CV-01580-NJR

John " Jane Doe #1

John or Jane Doe #2

(Above Caption Amended)

## MOTION TO FILE FIRST AMENDED COMPLAINT

Per instructions and information from the Court (document #14 entered 05/09/2022) I am filing this First Amended Complaint.

This document consists of:

BODY OF COMPLAINT   (pgs. 1-4)

REQUEST FOR RELIEF   (pg. 4)

JURY DEMAND         (pg. 4)

SIGNATURE/ADDRESS   (pg. 4)

LIST OF ATTACHMENTS   (pg. 5)

ATTACHMENTS        (#1-#10)

PREFACE:

This is a motion to file a complaint and request for jury trial. The suit involves actions of negligence, incompetence, and deliberate indifference, by the four defendents in the above caption, by thier improper performances involving the medical treatment of the petitioner. This complaint is being filed under 28 USC #1331.

BODY OF COMPLAINT (AMENDED):

21-1580

On 03/09/2020 I sent an e-mail request to Health Services/Dental Staff for a tooth pain issue (later identified as the right lower molar, tooth #28). RDH Moon responded with "watch for the callout." On 03/16/2020 I sent another request to Dental regarding the on-going pain, to no response. Further requests, written and electronic, were also ignored. (Attachment #1, Moon's response)

On 05/12/2020, fully two months after my initial complaint, Dr. Canty DMD, the dentist, and her assistant came to my assigned cell (X-unit 228) to examine me. She had notes with her supposedly regarding my dental history. She insisted that the tooth I had identified as the problem could not possibly be hurting, it could only be the tooth before it #27. I denied it but she continued to insist. She made no effort to verify my actual identity with her notes inspite of that conflict, the significance of which I did not realize until later. (Attachment #2 is a prisoner's supporting statement). Canty had to use my O.I.O. number to find my cell.

On 05/18/2020 I sent a written request to Medical about the situation. It wasn't until 05/27/2020, nine days later, that PA-C L. Brooks saw me. She verbally and visually examined me, and prescribed Ibuprofen, but made no attempt at real tests, particularly no X-ray ordered, yet somehow "determined" the tooth in question was not abcessed. PA Brooks is no dental expert, and yet dental doctors, who are, require X-rays to determine abcessed teeth, so how could she claim she had medically properly determined the tooth in question was not abcessed? She—presumably—did not even have the very poor excuse of what Dr. Canty was later shown to have done, used the wrong persons medical history. This is particularly significant in light of the fact that two weeks later the tooth was found to in fact be abcessed, via X-ray. (Attachments #3 and #4).

On 06/10/2020 Dr. Canty DMD examined me, and had my prison ID card in her possession. She continued to insist tooth #28, that I continued to indicate, could not possibly be the problem, insisting that tooth already had a root canal done. Then they counted my teeth and said that tooth #28, should not even be there. At some point in time the dentist stated "this is not the same mouth." (Attachment #5) It was not until after a further X-ray that the dentist discovered she was using the wrong medical history file, again. Upon using the correct medical history and X-ray it was determined the tooth was in fact abcessed. Upon Dr. Canty's recommendation I chose to try to save the tooth. Dr. Canty then prescribed Ibuprofen and an antibiotic, both for one week, or seven days. (Attachments #6 and #7) Two weeks later I sent an e-mail to Dental requesting a plan of action, and was informed there no longer was a dentist (Dr. Canty retired). (Attachment #8)

<u>BODY OF COMPLAINT (AMENDED):</u>

I was left in this situation until on 09/24/2020 I was seen by Dr. Ross DMD, the new dentist. At this time he determined the tooth required treatment and performed a root canal operation. (Attachments #9 and #10)

<u>SUMMARY AND CONCLUSION:</u>

For over six months — 03/09/2020 to 09/24/2020 — I suffered with severe dental pain that was determined to be from an abcessed tooth, by two different doctors. I received almost no treatment during this time: on 05/27/2020 PA Brooks prescribed five days of Ibuprofen (attachment #4) and on 06/10/2020 Dr. Canty prescribed seven days of Ibuprofen and of an antibiotic. This was the sum total of actual treatment until I was actually operated on 09/24/2020.

There is obvious negligent incompetence shown by both the unknown person responsible for obtaining the proper medical history file, occuring twice (on 05/12/2020 and 06/10/2020), espescially since MY PROPER O.I.D. NUMBER HAD TO BE USED TO LOCATE MY CELL (05/12) AND PLACE ME ON CALL OUT (06/10). Dr. Canty is also negligently incompetent, especially in light of the on-going conflict between her and myself about which tooth was the problem. There is also negligent incompetence shown by PA Brooks in her determination that the tooth was not abcessed, with no actual testing done, AND NO FOLLOW UP.

There is also negligent incompetence — and sheer indifference to basic medical care — shown by both Dr. Canty and the unknown person responible for properly providing for dental health care during the gap between Dr. Canty's retirement and replacement. Each of these individuals had a responsibility to patients, including myself, that went unmet for months, 6/10/2020 - 09/24/2020.

I identify the first unknown person, who obtained the wrong file, as "John or Jane Doe #1", and have no other information about him/her beyond that responsibility. If that person turns out to be Dr. Canty, it becomes moot.

I identify the second unknown person, administratively and medically responsible for providing for proper medical care during the gap between Dr. Canty's retirement and replacement, as "John or Jane Doe #2", and have no other information about him/her beyond that unmet responsibility, resulting in three months lack of medical care. Both Dr. Canty and J.D. #2 failed in this regard.

Two further points. An abcessed tooth, particularly one causing such on-going severe pain, is neither "routine or ordinary" and constitutes an acute, and quite possibly severe and serious, threat to a patients

<u>BODY OF COMPLAINT (AMENDED):</u>

health and even potentially to life. The poisons produced in that abcess can be very dangerous.

The second point is that the operation performed by Dr. Ross in September could have as easily and simply been performed by Dr Canty months earlier, same office, same set-up — and should have been, if not for such negligent incompetence and gross indifference to my medical needs.

<u>REQUEST FOR RELIEF:</u>

Simply put, I wish to bring a civil lawsuit, in front of a jury, against the four defendents refered to in both the caption and body of complaint; this suit is for damages/suffering due to negligence, incompetence, and deliberate indifference by the defendents in thier completely improper care of my medical needs.

<u>JURY DEMAND:</u>
I do request a trial by jury.

Signed on: <u>6/-2022</u>
(DATE)

_____
Signature

<u>John Wilson</u>
Printed name
<u>63541-097</u>
Number

U.S.P. MARION
P.O. BOX 1000
MARION, IL. 62959

LIST OF ATTACHMENTS:

#1: 03/09/2020 Request for medical Attention and response by H. Moon RDH

#2: 05/13/2020 Statement by Prisoner re dental visit at cell for Wilson.

#3 and #4: 05/27/2020 Health Services print out re examination by PA-C L. Brooks

#5: 06/10/2020 Statement by Prisoner re office examination by dental staff of Wilson

#6 and #7: 06/10/2020 Health Services print out re office examination by Dr. Canty of Wilson

#8: 06/25/2020 Request for dental plan of action, and response by H. Moon RDH

#9 and #10: 09/24/2020 Health Services print out of office examination and root canal operation by Dr. R. Donald DmD

ATTACHMENT #1

## MAR/InmateToUSPDental - a01aa947-b7b5-401c-84ab-ad9f8dc816a0

**From:** MAR/InmateToUSPDental
**To:** ~^!WILSON, ~^!JOHN DELOS
**Date:** 3/9/2020 9:16 AM
**Subject:** a01aa947-b7b5-401c-84ab-ad9f8dc816a0

WILSON, JOHN, Reg# 63541097

Watch the Call Out.

H. Moon RDH
03-09-2020

>>> ~^!"WILSON, ~^!JOHN DELOS" <63541097@inmatemessage.com> 3/9/2020 8:07 AM >>>
To: Dentist
Inmate Work Assignment: P.m. Food Service

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
a01aa947-b7b5-401c-84ab-ad9f8dc816a0
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

My lower right molar (tooth) has been hurting since Saturday. I have been using Motrin to ease the pain. I request to be seen whenever possible. Thank you for your time and consideration on this issue.

Attachment #2

Two female dental staff came to X unit Cell 228 on Tuesday, May 12, 2020 to See inmate Wilson. During this visit one of these staff members inspected Wilsons mouth. Dental asked wilson what the issue was and wilson told her and pointed it out. Dental told Wilson they had a different opinion and said it might be a different one. Wilson adamently stated He knew it was a different tooth "the one he pointed out" Dental then Said to Wilson he should Expect to be Seen Soon.

Signed: Jason Nielson
Date- 5-13-20

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WILSON, JOHN DELOS | | Reg #: 63541-097 |
| Date of Birth: 09/12/1970 | Sex: M Race: WHITE | Facility: MAR |
| Encounter Date: 05/27/2020 06:23 | Provider: Brooks, Leslee PA-C | Unit: X01 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**         Provider: Brooks, Leslee PA-C

**Chief Complaint:** Dental Problem

**Subjective:** States that he wanted pain medication for dental pain. States that he put in a dental request.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 05/27/2020 06:24 |
| **Location:** | Tooth |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 7 |
| **Intervention:** | eval |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 2-6 Months |
| **Duration:** | 2-6 Months |
| **Exacerbating Factors:** | eating |
| **Relieving Factors:** | nothing |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/27/2020 | 06:25 MAR | 98.1 | 36.7 | | Brooks, Leslee PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/27/2020 | 06:25 | 73 | | | Brooks, Leslee PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/27/2020 | 06:25 MAR | 15 | Brooks, Leslee PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/27/2020 | 06:25 MAR | 121/71 | | | | Brooks, Leslee PA-C |

**Exam:**

  **Mouth**

  **Teeth**

  No: Sensitive to Provoking Stimuli, Tenderness

| Inmate Name:  WILSON, JOHN DELOS | | Reg #: | 63541-097 |
| Date of Birth:  09/12/1970 | Sex:    M    Race:  WHITE | Facility: | MAR |
| Encounter Date:  05/27/2020 06:23 | Provider:  Brooks, Leslee PA-C | Unit: | X01 |

**Exam:** .

**ASSESSMENT:**

Pain, unspecified, R52 - Current - *dental*

**PLAN:**

Medication Reconciliation.
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Ibuprofen Tablet | | 05/27/2020 06:23 |
| | **Prescriber Order:** | 600mg Orally - three times a day x 5 day(s) | |
| | Indication: Pain, unspecified | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 148714-MAR | LevoTHYROXINE Sodium 125 MCG Tab | 07/09/2020 | Take one tablet by mouth each day 30 minutes before breakfast on an empty stomach for hypothyroidism |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

**Allergies**
Penicillin V

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Continue to communicate with dental.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/27/2020 | Counseling | Plan of Care | Brooks, Leslee | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Brooks, Leslee PA-C on 05/27/2020 06:29

Attachment #5

11 June 2020

On 10 June 2020 around 11:10 am Inmate John Wilson and myself, along with two other inmates from X unit arrived in medical. John Wilson and I went to dental, while the others stayed in medical.

Once in the dental office John Wilson was instructed to sit in the first chair next to the door, and I was to sit next to him. The dentist saw John Wilson first. I was only half paying attention, but heard John Wilson say "no its the tooth behind it." When asked about a root canal he stated he never had one.

I went back to day dreaming, but had to laugh when I heard the dentist say "this is not the same mouth." Then she explained to John Wilson that they had pulled up the wrong John Wilson on the computer.

The dentist then went on to finish her exam. She told John Wilson she could pull the tooth or save it with a root canal, the choice was his. He chose the root canal. She then said she will give him antibiotics for pain until she could do the root canal.

Dannie Curle
21391043

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | | |
|---|---|---|---|
| Inmate Name: WILSON, JOHN DELOS | | | Reg #: 63541-097 |
| Date of Birth: 09/12/1970 | Sex: M | Race: WHITE | Facility: MAR |
| Encounter Date: 06/10/2020 12:26 | Provider: Canty, Sarah DMD | | Unit: X01 |

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**
   COMPLAINT 1          Provider: Canty, Sarah DMD
      Chief          Toothache
      Subjective: My tooth hurts (pointing to LR).

      **Pain Location:**

      **Pain Scale:** 6

      **Pain**

      **History of Trauma:**

      **Onset:**

      **Duration:**

      **Exacerbating Factors:**

      **Relieving Factors:**

      **Comments:**

**OBJECTIVE:**
**Dental Findings:**
   **Tooth**
      **#28**
            Caries (Clinical Observation/Findings)(yes)
                  Surface: Distal, Occlusal
            Caries (Radiological Observation/Findings)(yes)
                  Surface: Distal, Occlusal
            Periapical Radiolucency (Radiological Observation/Findings)(yes)
      PAX shows gross decay into nerve of #28, abscessed. Discussed EXT vs RCT, pt request RCT.

**ASSESSMENTS:**

Necrosis of pulp, K041 - Current

**PROCEDURE:**

**Dental Procedures**

   Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #28 | Periapical Radiograph | Completed |
| #28 | Examination, Limited | Completed |

Procedures Added or Updated on the Dental Treatment Plan During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #28 | Initial Access Prep/Pulpectomy | Not Started |

*Attachment #5*

| Inmate Name: | WILSON, JOHN DELOS | | | Reg #: | 63541-097 |
|---|---|---|---|---|---|

Inmate Name: WILSON, JOHN DELOS
Date of Birth: 09/12/1970
Encounter Date: 06/10/2020 12:26

Sex: M   Race: WHITE
Provider: Canty, Sarah DMD

Reg #: 63541-097
Facility: MAR
Unit: X01

## PROCEDURE:

### Dental Procedures

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|

Comments: Limited exam and PAX completed. Pt will be rescheduled for #28-RCT once COVID-19 restrictions have been lifted.

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 06/10/2020 12:26 |

    **Prescriber Order:**   800 mg Orally Mouth -  three times a day x 7 day(s)

    Indication: Necrosis of pulp

| | Clindamycin HCl Capsule | 06/10/2020 12:26 |
|---|---|---|

    **Prescriber Order:**   300 mg Orally  -four times a day x 7 day(s)

    Indication: Necrosis of pulp

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/10/2020 | Counseling | Access to Care | Canty, Sarah | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Canty, Sarah DMD on 06/10/2020 12:29

ATTACHMENT #8

## MAR/InmateToUSPDental - 8ae19e17-0d4a-4d52-99b0-25b3fa69b754

**From:**  MAR/InmateToUSPDental
**To:**  ~^!WILSON, ~^!JOHN DELOS
**Date:**  6/25/2020 12:49 PM
**Subject:**  8ae19e17-0d4a-4d52-99b0-25b3fa69b754


WILSON, JOHN, Reg# 63541097,

I cannot give you a time frame on this. we are currently without a dentist but will be seen as soon as time allows.

H. Moon RDH
06-25-2020

>>> ~^!"WILSON, ~^!JOHN DELOS" <63541097@inmatemessage.com> 6/23/2020 7:55 AM >>>
To: H. Moon
Inmate Work Assignment: F/S P.M. Cook

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
8ae19e17-0d4a-4d52-99b0-25b3fa69b754
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***



Please inform me of the plan of action for Dental treatment, as the prescriptions for antibiotics and pain medication has been used up. When will the tooth either have a root canal or be pulled?  Thank you for your time and consideration on this issue.

ATTACHMENT #9

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Sick Call Follow-up

| | | | |
|---|---|---|---|
| Inmate Name: WILSON, JOHN DELOS | | | Reg #: 63541-097 |
| Date of Birth: 09/12/1970 | Sex: M | Race: WHITE | Facility: MAR |
| Encounter Date: 09/24/2020 12:06 | Provider: Ross, Donald DMD | | Unit: X01 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

Periapical abscess without sinus, K047 - Current

Health Problems Newly Identified During This Encounter:

Health Problem

Periapical abscess without sinus - Current - #28 with increased periapical defect today.

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillin V | Rash | 08/02/2013 |

Pain Assessment

COMPLAINT 1        Provider:  Ross, Donald DMD

Pain Complaint:  Intermittent Pain

Oral Area:  #28

Description:

**Pain Location:**

Pain Scale:  7

Pain Qualities:  Pressure | Aching

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

Additional Findings and Procedures

Dental Anesthesia

| Type | Location | Amount |
|---|---|---|
| Lidocaine 2% 1:100,000 epinephrine | Inferior Alveolar/Mandibular Block | 1 Cartridge |

**PROCEDURE:**

Dental Procedures

Universal Protocol Followed:  yes        Materials Discussed: yes        Radiograph(s) Reviewed:  yes

Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|

| Inmate Name: | WILSON, JOHN DELOS | | | Reg #: | 63541-097 |
|---|---|---|---|---|---|
| Date of Birth: | 09/12/1970 | Sex: M | Race: WHITE | Facility: | MAR |
| Encounter Date: | 09/24/2020 12:06 | Provider: | Ross, Donald DMD | Unit: | X01 |

## PROCEDURE:

Dental Procedures

Universal Protocol Followed:  yes          Materials Discussed: yes          Radiograph(s) Reviewed:  yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #28 | Initial Access Prep/Pulpectomy | Completed |

DA took images.
Isolate and access tooth, three necrotic canals.  WL by apex locator: 21
Using Brasseler Endosequence files, lubricant and Canal Clean; instrument down to:40.
WL verified with apex locator and terminal files. NaOCl irrigation. Obturate with BC Sealer and Active GP.  Final x-ray suggests adequate seal. Fuji IILC restoration; occlusion checked.

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Clindamycin HCl Capsule | 09/24/2020 12:06 |
| | **Prescriber Order:**   300 Orally  -four times a day x 7 day(s) | |
| | Indication:   Periapical abscess without sinus | |

Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Internal Reconciliation | Rx | 157926-MAR | Bisacodyl E.C. 5 MG TAB | Take two tablets (10 MG) by mouth twice daily for 1 day on 10/8/20 |
| BOP | Internal Reconciliation | Rx | 157927-MAR | Citrate Of Magnesia 296 ML Bottle | Drink 1 bottle by mouth twice daily for 1 day on 10/8/20 with full glass of water |
| BOP | Internal Reconciliation | Rx | 156607-MAR | LevoTHYROXINE Sodium 125 MCG Tab | Take one tablet by mouth each day 30 minutes before breakfast on an empty stomach for hypothyroidism |
| BOP | Internal Reconciliation | OTC | Order | Acetaminophen 325 MG Tab (OTC) 100 count | |
| BOP | Internal Reconciliation | OTC | Order | ALOH/MGOH/Simeth (Mylanta) (OTC) 355ML susp | |
| BOP | Internal Reconciliation | OTC | Order | Calcium Polycarbophil (OTC) 625 MG 60 Count | |
| BOP | Internal Reconciliation | OTC | Order | Chlorpheniramine 4 MG Tab (OTC) 100 count | |
| BOP | Internal Reconciliation | OTC | Order | Milk of Magnesia Susp (OTC) 400 MG/5ML  480 ML | |
| BOP | Internal Reconciliation | OTC | Order | Tolnaftate Cream 1% (OTC) 15 GM | |

## Other Active Medications

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 157926-MAR | Bisacodyl E.C. 5 MG TAB | 10/09/2020 | Take two tablets (10 MG) by mouth twice daily |

Generated 09/24/2020 12:11 by Ross, Donald DMD          Bureau of Prisons - MAR          Page 2 of 4



CLEARED
MARSHALS

CERTIFIED MAIL

7021 0350 0000 6940 6359

◇63541-097◇
U S Dist Court
Clerk
750 Missouri AVE
E Saint Louis, IL 62201
United States

Legal
Mail

Wilson, John
Reg.# 63541-097
United States Penitentiary/Marion
P.O. Box 1000
Marion, IL 62959.



JUN 0 2 2022

Warden
United States Penitentiary
Marion IL 62959
Date :

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information on clarification. If the writer encloses correspondence for forwarding to another address, please return to enclosure to the above address.



RECEIVED

JUN 0 6 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE